# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ALAN YOCOM,<br><br>  Plaintiff,<br><br>  v.<br><br>JOE BIDEN, *et al.*,<br><br>  Defendants. | Case No. 1:21-cv-01015-DAD-BAM<br><br>ORDER DIRECTING CLERK OF THE COURT TO ADMINISTRATIVELY REDESIGNATE CASE AS A PRISONER ACTION AND ORDER TRANSFERRING CASE TO THE NORTHERN DISTRICT OF CALIFORNIA |

Plaintiff Michael Alan Yocom ("Plaintiff"), a state prisoner proceeding *pro se*, has filed a civil rights action pursuant to 42 U.S.C. § 1983. (Doc. No. 1.) The Clerk designated this action as a regular civil action.

The Court has reviewed the complaint and determined that the present action involves a prisoner litigating the conditions of his confinement. Consequently, the administrative designation should reflect this, and this matter should proceed according to the rules governing actions involving a prisoner litigating the conditions of his confinement. This includes Local Rule 230(l) on motions in prisoner actions.

Further, the federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants are residents of the State in which the district is located, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part

1

of the property that is the subject of the action is situated, or (3) if there is no district in which an action may otherwise be brought as provided in this section, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action." 28 U.S.C. § 1391(b).

In this case, the defendants do not appear to reside in this district. The claims arose in Monterey County, which is in the Northern District of California. Therefore, Plaintiff's claim should have been filed in the United States District Court for the Northern District of California. In the interest of justice, a federal court may transfer a complaint filed in the wrong district to the correct district. *See* 28 U.S.C. § 1406(a); *Ravelo Monegro v. Rosa*, 211 F.3d 509, 512 (9th Cir. 2000).

Accordingly, it is HEREBY ORDERED as follows:

1. The Clerk of the Court SHALL change the administrative designation of the present case to reflect that of a prisoner litigating the conditions of his confinement;
2. The Clerk of the Court SHALL designate the case number in this action as follows: Case No. 1:21-cv-01015-DAD-BAM (PC); and
3. This matter is transferred to the United States District Court for the Northern District of California.

IT IS SO ORDERED.

Dated: **June 30, 2021**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE